UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 17887
   GALE M GIPSON
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8310


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/29/2007 and was confirmed 11/15/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 09/11/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HANS MOTOR SALES | SECURED VEHIC | 1100.00 | .00 | 223.79 |
| UNION AUTO | SECURED VEHIC | 4000.00 | 396.35 | 475.09 |
| R & R COMPANY MOTORS INC | SECURED VEHIC | 5000.00 | 392.97 | 779.02 |
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1820.04 | .00 | .00 |
| LASALLE BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| 3 CIRCLE OF KARATE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| M & M ORTHOPAEDICS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CHILDRENS SURGICAL FOUND | UNSEC W/INTER | NOT FILED | .00 | .00 |
| TRINITY HOSPITAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSEC W/INTER | 1316.42 | .00 | .00 |
| PROTECTION ONE | UNSEC W/INTER | 568.72 | .00 | .00 |
| NCO PORTFOLIO MANAGEMENT | UNSEC W/INTER | 1864.53 | .00 | .00 |
| UNIVERSAL LENDERS INC | UNSEC W/INTER | 1348.81 | .00 | .00 |
| HOUSEHOLD AUTOMOTIVE FIN | UNSEC W/INTER | NOT FILED | .00 | .00 |
| SHOP NBC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | FILED LATE | .00 | .00 | .00 |
| CHASE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CASH CALL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSEC W/INTER | 523.52 | .00 | .00 |
| AMERICASH | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ILLINOIS LENDING CORP | UNSEC W/INTER | 665.20 | .00 | .00 |
| ILLINOIS LENDING CORP | UNSEC W/INTER | 924.00 | .00 | .00 |
| AARON RENTS INC | UNSEC W/INTER | 119.92 | .00 | .00 |
| UNION AUTO | UNSEC W/INTER | 358.88 | .00 | .00 |
| AARON RENTS INC | SECURED NOT I | 553.34 | .00 | .00 |
| AARON RENTS INC | UNSEC W/INTER | 91.33 | .00 | .00 |
| AARON RENTS INC | SECURED NOT I | 398.25 | .00 | .00 |
| MARTIN J OHEARN | DEBTOR ATTY | 3,000.00 | | 343.15 |
| TOM VAUGHN | TRUSTEE | | | 206.63 |
| DEBTOR REFUND | REFUND | | | .00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17887 GALE M GIPSON

Summary of Receipts and Disbursements:

```
------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  2,817.00

PRIORITY                                         .00
SECURED                                     1,477.90
    INTEREST                                  789.32
UNSECURED                                        .00
ADMINISTRATIVE                                343.15
TRUSTEE COMPENSATION                          206.63
DEBTOR REFUND                                    .00
                     ---------------    ---------------
TOTALS                   2,817.00           2,817.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 12/22/08                   /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE


                         PAGE   2
           CASE NO. 07 B 17887 GALE M GIPSON